UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TAMMY LASKOWSKI, individually and on behalf of all other persons similarly situated who were employed by ST. CAMILLUS HEALTH AND REHABILITATION FACILITY and/or any other entities affiliated with or controlled by ST. CAMILLUS HEALTH AND REHABILITATION FACILITY, | **STIPULATION TO EXTEND TIME TO ANSWER** |
| Plaintiffs, | Class Action No. 5:22-cv-00799 |
| -against- | |
| ST. CAMILLUS NURSING HOME COMPANY, INC. and ST. CAMILLUS RESIDENTIAL HEALTH CARE FACILITY, both d/b/a ST. CAMILLUS HEALTH AND REHABILITATION FACILITY, and any related entities, | |
| Defendants. | |

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that Defendants ST. CAMILLUS NURSING HOME COMPANY, INC. and ST. CAMILLUS RESIDENTIAL HEALTH CARE FACILITY, both d/b/a ST. CAMILLUS HEALTH AND REHABILITATION FACILITY have an extension of time to answer, more, or otherwise respond to the Plaintiff's Complaint, filed July 27, 2022, in the above-captioned action, to October 31, 2022.

Dated: September 22, 2022

**GATTUSO & CIOTOLI, PLLC.**


By:   *s/ Frank S. Gattuso*
      Frank S. Gattuso, Esq.

   *Attorneys for Plaintiffs*
    The White House
    7030 E. Genesee Street
    Fayetteville, New York 13066

**BARCLAY DAMON LLP**

By: _____
       Michael J. Murphy, Esq.

*Attorneys for Defendants*
   Office and P. O. Address
   80 State Street
   Albany, New York   12207

**ORDERED:**

**ENTERED:**                                              _____
                                                          Hon. David N. Hurd
                                                          U.S. District Court Judge