UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TAMMY LASKOWSKI, individually and on behalf of all other persons similarly situated who were employed by ST. CAMILLUS HEALTH AND REHABILITATION FACILITY and/or any other entities affiliated with or controlled by ST. CAMILLUS HEALTH AND REHABILITATION FACILITY,

**ANSWER TO FLSA COLLECTIVE ACTION and CLASS ACTION**

*Plaintiff,*

**Civil Action No. 5:22-cv-799**

-*against*-

ST. CAMILLUS NURSING HOME COMPANY, INC. and ST. CAMILLUS RESIDENTIAL HEALTH CARE FACILITY, both d/b/a ST. CAMILLUS HEALTH AND REHABILITATION FACILITY, and any related entities,

*Defendants.*

Defendants, ST. CAMILLUS NURSING HOME COMPANY, INC. and ST. CAMILLUS RESIDENTIAL HEALTH CARE FACILITY, both d/b/a ST. CAMILLUS HEALTH AND REHABILITATION FACILITY, (hereinafter "defendants"), through their attorney Barclay Damon LLP, Michael J. Murphy, of counsel as an for its answer to the plaintiff's July 27, 2022 Complaint, (hereinafter " Complaint") states as follows:

1.    Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "1" and refer all questions of law to the court for determination.

2.    Defendants deny paragraph designated "2" of the Complaint.

3.    Defendants deny paragraph designated "3" of the Complaint.

4.    Defendants deny paragraph designated "4" of the Complaint.

5.  Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "5" of the Complaint denies Defendants deprived Plaintiff or others were deprived of compensation.

6.  Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "6" and refer all questions of law to the court for determination.

7.  Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "7" and refer all questions of law to the court for determination.

8.  Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "8" and refer all questions of law to the court for determination.

9.  Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "9" and refer all questions of law to the court for determination.

10. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "10" of the Complaint.

11. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "11" of the Complaint.

12. Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "12" and refer all questions of law to the court for determination.

13. Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "13" and refer all questions of law to the court for determination.

14. Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "14" and refer all questions of law to the court for determination.

15. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "15" of the Complaint.

16. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "16" of the Complaint.

17. Repeats and reiterates each and every admission and denial to the allegations set forth in paragraph "17" of the Amended Complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraphs designated 1-16 of the Complaint.

18. Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "18" and refer all questions of law to the court for determination.

19. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "19" of the Complaint.

20. Defendants deny paragraph designated "20" of the Complaint and refers all questions of law to the court for determination.

21. Defendants deny paragraph designated "21" of the Complaint and refers all questions of law to the court for determination.

22. Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "22" and refer all questions of law to the court for determination.

23. Defendants deny paragraph designated "23" of the Complaint.

24. Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "24" and refer all questions of law to the court for determination.

25. Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "25" and refer all questions of law to the court for determination.

26. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "26" of the Complaint.

27. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "27" of the Complaint.

28. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "28" of the Complaint.

29. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "29" of the Complaint.

30. Repeats and reiterates each and every admission and denial to the allegations set forth in paragraph "30" of the Amended Complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraphs designated 1-29 of the Complaint.

31. Defendants deny paragraph designated "31" of the Complaint and refers all questions of law to the court for determination.

32. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "32" of the Complaint.

33. Defendants deny paragraph designated "33" of the Complaint.

34. Defendants deny paragraph designated "34" of the Complaint.

35. Defendants deny paragraph designated "35" of the Complaint.

36. Defendants  deny paragraph designated "36" of the Complaint.

37. Defendants deny paragraph designated "37" of the Complaint.

38. Defendants deny paragraph designated "38" of the Complaint.

39. Defendants deny paragraph designated "39" of the Complaint

40. Defendants  deny paragraph designated "40" of the Complaint.

41. Defendants deny paragraph designated "41" of the Complaint.

42. Defendants deny paragraph designated "42" of the Complaint.

43.  Defendants deny paragraph designated "43" of the Complaint.

44. Repeats and reiterates each and every admission and denial to the allegations set forth in paragraph "44" of the Amended Complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraphs designated 1-43 of the Complaint.

45. Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "45" and refer all questions of law to the court for determination.

46. Defendants deny knowledge of information sufficient to form a belief as to the remainder of the allegations of said paragraph "46" and refer all questions of law to the court for determination.

47. Defendants deny paragraph designated "47" of the Complaint.

48. Defendants deny paragraph designated "48" of the Complaint.

49. Defendants deny paragraph designated "49" of the Complaint.

50. Defendants deny paragraph designated "50" of the Complaint and refers all questions of law to the court for determination.

51. Repeats and reiterates each and every admission and denial to the allegations set forth in paragraph "51" of the Amended Complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraphs designated 1-50 of the Complaint.

52. Defendants deny knowledge and information sufficient to form a belief as to the remainder of the allegations of said paragraph "52" and refers all questions of law to the court for determination.

53. Defendants deny knowledge and information sufficient to form a belief as to the remainder of the allegations of said paragraph "53" and refers all questions of law to the court for determination.

54. Defendants deny paragraph designated "54" of the Complaint and refers all questions of law to the court for determination.

55. Defendants deny paragraph designated "55" of the Complaint and refers all questions of law to the court for determination.

56. Defendants deny paragraph designated "56" of the Complaint.

57. Defendants deny paragraph designated "57" of the Complaint.

58. Defendants deny paragraph designated "58" of the Complaint and refers all questions of law to the court for determination

59. Repeats and reiterates each and every admission and denial to the allegations set forth in paragraph "59" of the Amended Complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraphs designated 1-58 of the Complaint.

60. Defendants deny paragraph designated "60" of the Complaint.

61. Defendants deny paragraph designated "61" of the Complaint.

62. Defendants deny paragraph designated "62" of the Complaint and refers all questions of law to the court for determination.

63. Defendants deny knowledge and information sufficient to form a belief as to the remainder of the allegations of said paragraph "63" and refers all questions of law to the court for determination.

64. Defendants deny paragraph designated "64" of the Complaint and refers all questions of law to the court for determination.

65. Defendants deny knowledge and information sufficient to form a belief as to the paragraph numbered "65" of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

66.  This Court lacks subject matter jurisdiction over the  causes  of action set forth in Plaintiff's Complaint.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

67. The Complaint fails to state any cause of action as against the answering Defendants.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

68. That the cause of action or causes of action, if any, set forth in Plaintiff's Complaint are barred by the applicable limitation of action periods.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

69.    Granting Plaintiff's demand in the Complaint would result in Plaintiffs receiving money that she is not entitled to, and would unjustly enrich Plaintiffs.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

70. The injuries and damages, if any, allegedly sustained by Plaintiff was caused or contributed to, in whole or in part, by culpable conduct, including contributory negligence, want of care and/or assumption of risk attributable to Plaintiff, without any fault or negligence on the part of the Defendants contributing thereto.

71. By reason of the foregoing, the amount of any damages otherwise recoverable by Plaintiff against the Defendants should be diminished in proportion to such culpable conduct attributable to Plaintiff.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

72. Whatever damages and injuries, if any, which were sustained by the Plaintiff, was proximately caused by superseding and/or intervening causes and not by any action or omission of the Defendants.

## AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

73. The statements were made and/or published pursuant to Law, and, therefore, are privileged.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

74. The statements made and/or published by Defendants was justified because of the occasion and circumstances in which the words were uttered and therefore,  are subject to a qualified privilege.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

75. Plaintiffs failed to mitigate or otherwise act to lessen or reduce the injury and damage, if any, allegedly resulting from the occurrence complained of in the complaint.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

76. Any award of punitive damages claimed by Plaintiffs would violate the Fifth, Eighth, and Fourteenth Amendments, and the Contracts Clause, of the Constitution of the United States and the Constitution of the State of New York upon the following separate grounds:

A.  An award of punitive damages would violate the Defendant's right to due process.

B.  An award of punitive damages would violate the Defendant's right to equal protection of the laws.

C.  An award of punitive damages would violate the guarantee that excessive fines shall not be imposed.

D.  An award of punitive damages would violate the prohibition against impairing the obligation of contracts.

E.  The procedures relating to the imposition of such damages improperly fail to provide objective standards limiting the award of, and amount of, punitive damages.

25393550.1

F.    The procedures relating to the imposition of such damages improperly allow the admission of evidence relevant to punitive damages, in the same proceeding during which liability and compensatory damages are determined.

### AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

77. Upon information and belief, some or all of Plaintiff's damages will be replaced or indemnified, in whole or in part, from collateral sources, and Defendants are, therefore, entitled to a collateral source offset under CPLR Section 4545.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

78. Upon information and belief, Defendants are entitled to a setoff based upon the plaintiff's receipt of unemployment insurance benefits.

**WHEREFORE,** Defendants respectfully request that this Court dent the relief requested in Plaintiffs' Complaint, dismiss the Complaint with prejudice, and grant such other relief as to the court deems just, fair and proper.

DATED:  November 2, 2022            **BARCLAY DAMON LLP**

By:

MICHAEL J. MURPHY
Attorneys for Defendants
Office and P.O. Address
80 State Street
Albany, NY  12207
Phone: (518) 429-4200

TO:    **GATTUSO & CIOTOLI, PLLC.**
Frank S. Gattuso, Esq.
The White House
7030 E. Genesee Street
Fayetteville, New York 13066

25393550.1