

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080

Alanna R. Sakovits
*Associate Attorney*
asakovits@vandallp.com

February 9, 2023

**VIA ECF**
Judge Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

      Re:    <u>Laskowski v. St. Camillus Nursing Home Company, Inc. et al.</u>
              Case No.: 5:22-cv-00799

Dear Judge Dancks,

      This firm is counsel to Plaintiff in the above-referenced matter. Plaintiff writes to request the scheduling of an initial conference and deadlines for submissions of a civil case management plan and for the exchange of mandatory disclosures. On July 28, 2022, the Court entered an order scheduling an initial conference for October 25, 2022, and setting deadlines for the filing of a civil case management plan and for the exchange of mandatory disclosures for October 19, 2022. ECF Doc. No. 3. On September 28, 2022, the Court granted Defendants' request to extend their time to respond to the Complaint, and instructed that any response be filed by October 31, 2022. ECF Doc. No. 8. The Court further advised that the October 25, 2022 initial conference and related deadlines are adjourned without new dates and will be rescheduled in the future. *Id*.

      Defendants filed their Answer on November 2, 2022. ECF Doc. No. 9. Accordingly, Plaintiff respectfully requests that the initial conference be re-scheduled and that the deadlines for submitting a civil case management plan and for exchanging mandatory disclosures be set. Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    <u>/s/ Alanna R. Sakovits</u>