

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080

Alanna R. Sakovits
*Associate Attorney*
asakovits@vandallp.com

August 7, 2023

**VIA ECF**
Judge Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

   Re: Laskowski v. St. Camillus Nursing Home Company, Inc. et al.
      Case No.: 5:22-cv-00799

Dear Judge Dancks,

  This firm is counsel to Plaintiff in the above-referenced matter. This letter is submitted in connection with the joint status report filed on July 14, 2023. [ECF Doc. No. 23]. Plaintiffs clarify that they intend to seek an extension of the deadlines to move for both class and collective certification, and all attendant deadlines for discovery pertaining to their class and collective motions, including discovery-related motions. As stated in the July 14, 2023 letter, Plaintiffs are awaiting outstanding discovery from Defendants, and will submit another status letter on or before August 15, 2023. [*See* ECF Doc. Nos. 23, 24]. It is anticipated that, by this time, we will be able to better determine the extent to which adjournments of the current deadlines for discovery, discovery-related motions, class and collective motions, and mediation will be necessary. Thank you for your attention to this matter.

          Respectfully submitted,

         /s/ Alanna R. Sakovits