UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMMY LASKOWSKI, individually and on behalf of all other persons similarly situated who were employed by ST. CAMILLUS HEALTH AND REHABILITATION FACILITY and/or any other entities affiliated with or controlled by ST. CAMILLUS HEALTH AND REHABILITATION FACILITY, <br><br> Plaintiff, <br><br> -against- <br><br> ST. CAMILLUS NURSING HOME COMPANY, INC. and ST. CAMILLUS RESIDENTIAL HEALTH CARE FACILITY, both d/b/a ST. CAMILLUS HEALTH AND REHABILITATION FACILITY, and any related entities, <br><br> Defendants. | Case No.: 22-cv-00799 <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of LaDonna M. Lusher sworn to on February 26, 2024, all exhibits attached thereto, upon Plaintiffs' Memorandum of Law in Support of the Motion, and upon all prior pleadings and proceedings herein, the undersigned will move before the Honorable David N. Hurd, U.S.D.J., at the United States Courthouse for the Northern District of New York, located at 100 South Clinton Street, Syracuse, New York 13261, on a return date set by the Court, for an Order: (1) certifying Plaintiffs' FLSA claims as a collective action pursuant to 29 U.S.C. § 216(b); certifying Plaintiffs' NYLL claims as a class action pursuant to Fed. R. Civ. P. 23; (2) authorizing that notice of this matter be published to class members in the form attached as Exhibits L and M to the Lusher Affirmation; (3) ordering Defendants to produce a full and complete class list of all class members in accordance with the proposed publication order attached as Exhibit N to the Lusher Affirmation; (4) allowing Plaintiffs to file an amended complaint to replace their NYLL § 195(1) claim with a claim under § 195(3); and (5) such other and further relief as the Court may deem just and proper.

1

Dated: New York, New York
February 26, 2024

   /s/
LaDonna M. Lusher, Esq.
VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, New York 10004
Tel: (212) 943-9080
mmoreno@vandallp.com

GATTUSO & CIOTOLI, PLLC
Frank S. Gattuso, Esq.
The White House
7030 E. Genesee Street
Fayetteville, New York
315-314-8000
fgattuso@gclawoffice.com

*Counsel for Named Plaintiffs and the Putative Class*

2