

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080

Alanna R. Sakovits
*Associate Attorney*
asakovits@vandallp.com

December 20, 2024

**VIA ECF**
Judge Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

    Re:    Laskowski v. St. Camillus Nursing Home Company, Inc. et al.
             Case No.: 5:22-cv-00799

Dear Judge Dancks,

    This firm is counsel to Plaintiffs in the above-referenced matter. This letter is jointly submitted to inform the Court of the status of this matter. All parties have exchanged post-class certification discovery requests. Plaintiffs have submitted their responses to Defendants. On December 11, 2024, the parties met and conferred telephonically regarding the status of outstanding discovery to be produced by Defendants. Specifically, Defendants are in the process of gathering documents and information for a representative sampling of approximately 10% of the Class during the relevant time period.

    The parties have not yet set deposition dates, as Defendants' discovery remains outstanding. Defendants will produce all outstanding discovery on or before January 31, 2025. The parties will hold depositions within 90 days of Defendants' discovery production. The parties are amenable to returning to mediation.

    Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    /s/ Alanna R. Sakovits