

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080

Alanna R. Sakovits
*Associate Attorney*
asakovits@vandallp.com

January 31, 2025

**VIA ECF**
Judge Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

    Re:    Laskowski v. St. Camillus Nursing Home Company, Inc. et al.
            Case No.: 5:22-cv-00799

Dear Judge Dancks,

    This firm is counsel to Named Plaintiff and the certified class ("Plaintiffs") in the above-referenced matter. This letter is jointly submitted to inform the Court of the status of this matter. All parties have exchanged post-class certification discovery requests. Plaintiffs have submitted their responses to Defendants. On December 11, 2024, the parties met and conferred telephonically regarding the status of outstanding discovery to be produced by Defendants. Specifically, Defendants are in the process of gathering documents and information for a representative sampling of approximately 10% of the class during the relevant time period. Defendants will produce all outstanding discovery on or before February 7, 2025.

    The parties have scheduled a mediation for March 10, 2025 before Arbitrator Martin Scheinman. The parties have not yet set deposition dates, as Defendants' discovery remains outstanding and the parties intend to first attempt resolution through mediation. Thank you for your time and attention to this matter.

                                     Respectfully submitted,

                                     /s/ Alanna R. Sakovits