

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080

Alanna R. Sakovits
*Associate Attorney*
asakovits@vandallp.com

March 31, 2025

**VIA ECF**
Judge Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

      Re:    Laskowski v. St. Camillus Nursing Home Company, Inc. et al.
              Case No.: 5:22-cv-00799

Dear Judge Dancks,

      This firm is counsel to Named Plaintiff and the certified class ("Plaintiffs") in the above-referenced matter. This letter is submitted to provide the Court with dates for the depositions that are scheduled in this matter. In the event that this matter does not settle at the mediation scheduled for May 9, Plaintiffs will take depositions of Defendant's Fed. Rule Civ. P., 30(b)(6) witness on May 15, and a deposition of a fact witness on May 28, and Defendant will take the deposition of Named Plaintiff on May 14. Thank you for your time and attention to this matter.

                                              Respectfully submitted,

                                              /s/ Alanna R. Sakovits