# BARCLAY DAMON LLP

**Lee N. Jacobs**
*Partner*

May 9, 2025

**VIA ECF**

Judge Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261

      Re:    <u>Laskowski v. St. Camillus Nursing Home Company, Inc. et al.</u>
               Case No.: 5:22-cv-00799

Dear Judge Dancks:

      This firm represents Defendants St. Camillus Nursing Home in the above-referenced matter. We submit this joint letter to update the Court on the status of the case with the consent of Plaintiff's counsel.

      Today, on May 9, 2025, the parties participated in a second mediation session before Arbitrator Martin Scheinman and reached a settlement. As a result, the parties respectfully request that the upcoming deposition deadlines and all other deadlines be held in abeyance pending submission of a formal settlement agreement. The parties are currently in the process of drafting a formal settlement agreement consistent with the agreed-upon terms.

      We respectfully request an additional thirty days to provide the Court with a further status update.

      We thank the Court for its continued attention and guidance in this matter.

                                Sincerely,

                                */s/ Lee N. Jacobs*

                                Lee N. Jacobs

LNJ