

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080

Alanna R. Sakovits
*Partner*
asakovits@vandallp.com

June 16, 2025

**VIA ECF**
Judge Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

      Re:    <u>Laskowski v. St. Camillus Nursing Home Company, Inc. et al.</u>
              Case No.: 5:22-cv-00799

Dear Judge Dancks,

      This firm is counsel to Named Plaintiff and the certified class ("Plaintiffs") in the above-referenced matter. This letter is submitted to inform the Court of the status of this matter following the settlement reached by the parties. Plaintiffs drafted a proposed formal settlement agreement, which was sent to Defendants' counsel. Defendants' counsel is continuing to review the written settlement agreement. The parties respectfully request that the deadlines in this matter continue to be held in abeyance, and that the parties be given 30 days, until July 16, 2025, to submit the final settlement agreement.

      Thank you for your time and attention to this matter.

                              Respectfully submitted,

                              <u>/s/ Alanna R. Sakovits</u>