UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**Tammy Laskowski**, *individually and on behalf of all those similarly situated*, et al.

                  *Plaintiffs,*

v.

**ST. CAMILLUS NURSING HOME COMPANY,** et al.

                  *Defendants.*

NOTICE OF WITHDRAWAL OF APPEARANCE
Civil Action No.
5:22-cv-799

      **PLEASE TAKE NOTICE** that Lee N. Jacobs, formerly of the law firm Barclay Damon LLP, hereby withdraws his appearance as counsel to the Defendants in the above-captioned matter, and respectfully requests to be removed from the CM/ECF electronic notification service. Barclay Damon LLP will continue to represent the Defendants.

**DATED**:  June 13, 2025
              New York, NY

**BARCLAY DAMON LLP**

By: *Lee N. Jacobs /s/*
     Lee N. Jacobs

*Attorneys for the Defendants*
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Tel: (212) 784-5836
Facsimile: (212) 784-5785
Email: ljacobs@barclaydamon.com