

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080

Alanna R. Sakovits
*Partner*
asakovits@vandallp.com

July 16, 2025

**VIA ECF**
Judge Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

        Re:    <u>Laskowski v. St. Camillus Nursing Home Company, Inc. et al.</u>
                Case No.: 5:22-cv-00799

Dear Judge Dancks,

      This firm is counsel to Named Plaintiff and the certified class ("Plaintiffs") in the above-referenced matter. This letter is submitted to inform the Court of the status of this matter following the settlement reached by the parties. Plaintiffs drafted a proposed formal settlement agreement, which was sent to Defendants' counsel. Defendants' counsel has reviewed and submitted edits on the settlement agreement. The parties met and conferred via video conference on July 15 regarding certain terms of the settlement agreement. Defendants' counsel and their client will confer over certain terms that the parties discussed. The parties are continuing to work together in good faith and respectfully request that the deadlines in this matter continue to be held in abeyance, and that the parties be given an additional 30 days, until August 15, 2025, to submit the final settlement agreement or otherwise submit a status report.

      Thank you for your time and attention to this matter.

                                        Respectfully submitted,

                                        <u>/s/ Alanna R. Sakovits</u>