

40 Broad Street, 7th Floor  
New York, New York 10004  
Telephone: 212.943.9080  

Alanna R. Sakovits  
*Partner*  
asakovits@vandallp.com

August 15, 2025

**VIA ECF**
Judge Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

      Re:    <u>Laskowski v. St. Camillus Nursing Home Company, Inc. et al.</u>
               Case No.: 5:22-cv-00799

Dear Judge Dancks,

      This firm is counsel to Named Plaintiff and the certified class ("Plaintiffs") in the above-referenced matter. This letter is jointly submitted by all parties to request an extension of the time to submit the final settlement agreement. The parties have been consistently corresponding and conferring in good faith to resolve this matter and are finalizing the settlement agreement. The parties respectfully request that the deadlines in this matter continue to be held in abeyance, and that the parties be given an additional week, until August 22, 2025, to submit the final settlement agreement.

      Thank you for your time and attention to this matter.

                                              Respectfully submitted,

                                              <u>/s/ Alanna R. Sakovits</u>