

40 Broad Street, 7th Floor  
New York, New York 10004  
Telephone: 212.943.9080

Alanna R. Sakovits  
*Partner*  
asakovits@vandallp.com

August 22, 2025

**VIA ECF**

Judge Therese Wiley Dancks, U.S.M.J.  
United States District Court  
Northern District of New York  
100 S. Clinton Street  
Syracuse, NY 13261

      Re:    <u>Laskowski v. St. Camillus Nursing Home Company, Inc. et al.</u>  
                Case No.: 5:22-cv-00799

Dear Judge Dancks,

      This firm is counsel to Named Plaintiff and the certified class ("Plaintiffs") in the above-referenced matter. This letter is jointly submitted by all parties to request an extension of the time to submit the final motion for settlement approval. The settlement agreement has been finalized. Named Plaintiff has signed the settlement agreement, and Defendant anticipates signing the final settlement agreement today. The parties are now finalizing the motion papers seeking settlement approval, and respectfully request that the deadlines in this matter continue to be held in abeyance, and that the parties be given an additional week, until August 29, 2025, to submit the motion for settlement approval along with a copy of the final signed settlement agreement.

      Thank you for your time and attention to this matter.

                                                    Respectfully submitted,

                                                    <u>/s/ Alanna R. Sakovits</u>