UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMMY LASKOWSKI, individually and on behalf of all other persons similarly situated who were employed by ST. CAMILLUS HEALTH AND REHABILITATION FACILITY and/or any other entities affiliated with or controlled by ST. CAMILLUS HEALTH AND REHABILITATION FACILITY,<br><br>                                                        Plaintiff,<br>              -against-<br><br>ST. CAMILLUS NURSING HOME COMPANY, INC. and ST. CAMILLUS RESIDENTIAL HEALTH CARE FACILITY, both d/b/a ST. CAMILLUS HEALTH AND REHABILITATION FACILITY, and any related entities,<br>                                                        Defendants. | Case No.: 22-cv-00799<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of LaDonna M. Lusher, sworn to on August 29, 2025, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable Anthony J. Brindisi, U.S.D.J., at the United States Courthouse for the Northern District of New York, located at 10 Broad Street, Utica, New York, 13501, for an Order granting preliminary approval of the proposed class action settlement reached by the parties, permission to publish the proposed notice of class action settlement and proposed claim form, and for any further relief as this Court sees fit.

Dated: August 29, 2025

*/s/ LaDonna M. Lusher*
LaDonna M. Lusher, Esq.
Alanna Sakovits, Esq.
VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, New York 10004
Tel:   (212) 943-9080
Fax:   (212) 943-9082
llusher@vandallp.com

-and-

*/s/ Frank S. Gattuso*
Frank S. Gattuso
GATTUSO & CIOTOLI, PLLC
The White House
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
fgattuso@gclawoffice.com

*Attorneys for Plaintiff Settlement Class*