# CLAIM FORM
## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this Claim Form. To be entitled to participate in this proposed Class Action settlement, you must complete and submit this Claim Form and W-9 form to the below Settlement Administrator via mail, email, or fax. These properly-completed forms must be received by the Settlement Administrator on or before [insert date that is 60 days after the first date on which the Claims Administrator mailed any Class Notice] (the "Claim Bar Date") at the following:

**Claims Administrator**
**Mail Address**
**Email Address**
**Fax Number**

**IF YOU FAIL TO PROPERLY COMPLETE THIS CLAIM FORM AND THE ENCLOSED W-9 FORM OR IF YOUR FORMS ARE NOT RECEIVED BY THE SETTLEMENT ADMINISTRATOR ON OR BEFORE [BAR DATE], YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS SETTLEMENT, UNLESS OTHERWISE AGREED UPON BY THE PARTIES OR THEIR COUNSEL IN ACCORDANCE WITH THE SETTLEMENT AGREMENT.**

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.

> **THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED TO THE CLAMS ADMINISTRATOR VIA MAIL, FAX OR EMAIL ON OR BEFORE [insert date that is 60 days after the first date on which the Claims Administrator first mailed any Class Notice]**

_____
(Print First, Middle, Last Name)

By signing this Claim Form, I consent to participate in this settlement against St. Camillus Nursing Home Company, Inc. and St. Camillus Residential Health Care Facility, both d/b/a St. Camillus Health and Rehabilitation Facility ("St. Camillus"), for alleged unpaid wages. I hereby release St. Camillus and its past, present, and future parents, subsidiaries, shareholders, insurers, officers, managers, owners, directors, employees, agents, attorneys, successors and assigns, in their individual and/or representative capacities from all wage and hour claims, including all applicable statutory, regulatory, and/or common law claims pertaining to the payment of wages, such as minimum and overtime wages, under the Fair Labor Standards Act and New York Labor Law, and damages and/or penalties related to wage notices under the New York Labor Law, that are related to, based upon or arise out of the facts, acts, transactions, occurrences, events, or omissions alleged in this action between July 27, 2016 and May 24, 2024 and expressly release any such claims. I further understand that nothing in this release or my participation in this settlement shall in any way release or relinquish claims I may possess under the worker compensation law, for unemployment benefits, or arising in tort for personal injury. I further understand that this release shall be strictly limited to claims arising out of and in connection with my employment with St. Camillus. between July 27, 2016 and May 28, 2024.

SIGNATURE: _____

DATE: _____